# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 14, 2025

### NO. 03-23-00275-CV

**Courtney Janish, Appellant**

**v.**

**Joseph Janish, Appellee**

**APPEAL FROM THE 155TH DISTRICT COURT OF FAYETTE COUNTY**
**BEFORE JUSTICES KELLY, THEOFANIS AND JONES**
**REVERSED AND REMANDED -- OPINION BY JUSTICE JONES**

This is an appeal from the order signed by the trial court on December 14, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's order and remands the case to the trial court for further proceedings consistent with the Court's opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.